IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
IN ADMIRALTY

|  |  |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ANGEL W. LOPEZ ) ) ) ) ) ) ) ) ) ) | C/A No.: 3:12-cv-00148-JFA<br><br>**ORDER FOR AD INTERIM STIPULATION** |

COMES NOW Petitioner Angel W. Lopez, owner or owner *pro hac vice* as its interests may appear at all times relevant hereto of a personal motor vessel more precisely described as 1988 Wellcraft 34' Gran Sport, bearing vessel official number 932063 and hull identification number WELG006G788 ("the Vessel"), and having prayed that it be allowed to file a stipulation for the value of the Vessel immediately after the casualty that is the subject of this action, and pending freight, if any, as security for all those who may file claims herein, pending any appraisement as may be ordered by the Court, and it appearing from the Declaration filed with the Complaint that the value of the Vessel immediately after the Incident is Zero Dollars ($0.00), and that Five Hundred and No/100 Dollars ($500.00) would be adequate security for costs;

AND NOW, on the motion of the Petitioner, it is hereby ORDERED that Petitioner file herein an *Ad Interim* Stipulation for the value of the Vessel, together with security for costs, for a sum total of Five Hundred and No/100 Dollars ($500.00).

AND IT IS FURTHER ORDERED that any party may apply to the Court to challenge the sufficiency of the security and/or to have the amount of said security increased or decreased, and upon application by any such person, the Court shall cause due appraisement to be made of

the value of the Vessel immediately after the casualty, and may order that the amount of said security be increased or reduced if found inadequate or excessive.

    IT IS SO ORDERED.

January 24, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge