IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
IN ADMIRALTY

|  |  |
|---|---|
| IN THE MATTER OF THE COMPLAINT ) <br> ANGEL W. LOPEZ ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C/A No.: 3:12-cv-00148-JFA <br><br> **ORDER DIRECTING ISSUANCE OF** <br> **NOTICE TO CLAIMANTS** |

Further to this Court's Order Directing Issuance of Notice and Restraining Prosecution of Claims, dated the 24th day of January, 2012, the Clerk of Court is hereby ordered to issue a Notice to Claimants in the form of the Notice attached herewith.

IT IS SO ORDERED.

January 25, 2012                    Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge