IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
IN ADMIRALTY

|  |  |
|---|---|
| IN THE MATTER OF THE COMPLAINT ANGEL W. LOPEZ ) ) ) ) ) ) ) ) ) ) ) | C/A No.: 3:12-cv-00148-JFA  **ORDER DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS** |

Further to this Court's Order Directing Issuance of Notice and Restraining Prosecution of Claims, dated the 24th day of January, 2012, the Clerk of Court is hereby ordered to issue a Notice to Claimants in the form of the Notice attached herewith.

IT IS SO ORDERED.

January 25, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge